UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TROY K. SCHEFFLER                                                      PLAINTIFF

v.                                                 CIVIL ACTION NO. 3:14CV-373-H

ALEX LEE *et al.*                                             DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's application to proceed without prepayment of fees. On review, the Court finds that Plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the application to proceed without prepayment of fees (DN 3) is **GRANTED**.

Because Plaintiff is proceeding without the prepayment of fees, or *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date:

                                               ENTERED BY ORDER OF COURT:

                                               SENIOR JUDGE JOHN G. HEYBURN II
                                               UNITED STATES DISTRICT COURT

                                               VANESSA L. ARMSTRONG, CLERK

                                                     s/ Vanessa L. Armstrong

cc:       Plaintiff, *pro se*
4412.009

---

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."